**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-00195-01-CR-W-GAF |
| | ) | |
| **VAN LOI LE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence obtained from a consent search of his home on the grounds that the evidence was obtained in violation of the Fourth Amendment. Defendant moves the Court to suppress the evidence seized from his home during the search, arguing that the consent police procured from his wife was involuntary.

On August 28, 2007, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing. On September 18, 2007, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation.

Upon careful and independent review of the pending motion and suggestions in support thereof, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress is OVERRULED and DENIED.

SO ORDERED.

                                            s/ Gary A. Fenner
                                            GARY A. FENNER, JUDGE
                                            UNITED STATES DISTRICT COURT

DATED: October 17, 2007